IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:09cr00075DPJ-LRA-1

CHARLIE ALDERMAN

TRANSFER ORDER

On May 30, 2003, Judge Sarah Vance of the Eastern District of Louisiana adjudged the defendant guilty as to his plea of guilty as to Counts 1 and 2 of the Bill of Information charging the defendant with Bank Robbery and Attempted Bank Robbery, sentencing him to 48 months imprisonment as to both Counts to be served concurrently, followed by 3 years supervised release as to Counts 1 and 2 to be served concurrently. On September 20, 2006, Alderman was released from imprisonment wherein he relocated to the Hattiesburg Division of the Southern District of Mississippi.

On August 24, 2009, Alderman's jurisdiction was transferred from the Eastern District of Louisiana to the Southern District of Mississippi, wherein it was assigned to U.S. District Judge Daniel P. Jordan, III in the Jackson Division. As Alderman has primarily been supervised in the Hattiesburg Division of the Southern District of Mississippi, this case will be transferred to the Hattiesburg Division and reassigned to U.S. District Judge Keith Starrett effective immediately.

**SO ORDERED** this the 2[th] day of September, 2009.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE